IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNATHAN ANDREWS,<br><br>              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | CRIMINAL ACTION<br>NO. 11-0440<br><br>CIVIL ACTION<br>NO. 17-2344 |

## ORDER

**AND NOW**, this 19th day of June, 2020, upon consideration of Petitioner Jonathan Andrews' Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 320), the Government's Response in Opposition to the Motion (Doc. No. 339), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED as follows:**

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 320) is **DENIED**.

2. A Certificate of Appealability **SHALL NOT** issue because a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Motion because Petitioner has failed to make a showing of a denial of a federal constitutional right. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473 (2000).

3. The Clerk of Court shall close this case for statistical purposes.

                                      BY THE COURT:

                                      /s/ Joel H. Slomsky
                                      JOEL H. SLOMSKY, J.